1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,         )
                                         )

9                       Plaintiff,  )   Case No. CR05-231-JCC
                                       )

10   v.                              )   **PROPOSED FINDINGS OF FACT**
                                       )   **AND DETERMINATION AS TO**

11 DARRELL J. MORRIS,             )   **ALLEGED VIOLATIONS OF**
                                       )   **SUPERVISED RELEASE**

12                   Defendant.  )

13

## INTRODUCTION

14     I conducted a hearing on alleged violations of supervised release in this case on December

15 1, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States

16 was represented by Bruce Miyake, and defendant was represented by Michael Nance. Also

17 present was Senior U.S. Probation Officer Jennifer Tien. The proceedings were digitally

18 recorded.

19                     SENTENCE AND PRIOR ACTION

20     Defendant was sentenced on April 14, 2006 by the Honorable John C. Coughenour for

21 Possession of a Firearm. He received 30 months of detention and 3 years of supervised release.

22                     PRESENTLY ALLEGED VIOLATIONS

23     In a petition dated November 16, 2009, Senior U.S. Probation Officer Jennifer Tien alleged

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

that defendant violated the following conditions of supervised release:

1.      Possession of methamphetamine and marijuana on or about October 22, 2009, in violation of general condition that the defendant shall not unlawfully possess a controlled substance and standard condition number 7.

2.      Possession of drug paraphernalia on or about October 22, 2009, in violation of standard condition number 7.

3.      Failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer on or before October 22, 2009, and October 29, 2009, in violation of standard condition number 2.

4.      Failing to report to the probation officer as instructed on November 13, 2009, in violation of standard condition number 2.

5.      Falsifying a monthly supervision report for the month of October 2009, in violation of standard condition number 2.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing January 8, 2010 at 9:00 a.m. before District Judge John C. Coughenour.  After hearing argument from the parties, the Court denied defendant's motion for release pending disposition.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the

///

///

///

1 conditions of his supervised release as alleged above, and conduct a disposition hearing.

2     DATED this 1st day of December, 2009.

3

4                   BRIAN A. TSUCHIDA
                  United States Magistrate Judge